**DANIEL v. MOORE**

[359 N.C. 183 (2004)]

PER CURIAM.

AFFIRMED.

───────────

PAUL JOSEPH DANIEL AND LISA HORNE DANIEL v. JEFF G. MOORE, INDIVIDUALLY,
    JEFF G. MOORE ENTERPRISES, INC., THROUGH ITS REGISTERED AGENT JEFF G.
    MOORE, THE COUNTY OF WAYNE, THROUGH ITS MANAGER WILL R. SULLIVAN AND
    JOSEPH B. NASSEF, JR., INDIVIDUALLY AND IN HIS CAPACITY AS A BUILDING INSPECTOR
    FOR THE COUNTY OF WAYNE

No. 334A04

(Filed 17 December 2004)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, —— N.C. App. ——, 596 S.E.2d 465 (2004), vacating a consent judgment entered on 10 October 2002 and reversing an order denying plaintiffs' motion for a new trial entered on 8 January 2003 by Judge B. Jerry Braswell in Superior Court, Wayne County. Heard in the Supreme Court 8 December 2004.

*Meredith P. Ezzell and Randolph M. James for plaintiff-appellees.*

*David M. Rouse for defendant-appellants Jeff G. Moore and Jeff G. Moore Enterprises, Inc.*

PER CURIAM.

AFFIRMED.

Against Domestic Violence, The National Organization for Women Foundation, The National Center for Victims of Crime, The Sargent Shriver National Center on Poverty Law, The D.C. Employment Justice Center, The DV Initiative, The Domestic Violence Victim's Assistance Project, Family Violence Prevention Services, Inc., Jodi Finkelstein, The Hawaii State Coalition Against Domestic Violence, The New Hampshire Coalition Against Domestic and Sexual Violence, The Northwest Women's Law Center, Southeast Tennessee Legal Services in Chattanooga, The University of Southern California Law School Domestic Violence Clinic, Merle H. Weiner, Kelly Weisberg, The Women's Law Center of Maryland, Inc., and The Women's Law Project.